# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

U.S.A. FAB, INC. and Illinois corporation,
    Plaintiff,
HARTFORD CASUALTY INSURANCE
COMPANY, a foreign corporation,
    Defendant.

Case Number:
**FILED: JUNE 19, 2008**
**08CV3518**
**JUDGE ST. EVE**
**MAGISTRATE JUDGE COX**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendat, Hartford Casualty Insurance Company

| | |
|---|---|
| NAME (Type or print) <br> Michael A. Wax | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael A. Wax | |
| FIRM <br> Fisher Kanaris, P.C. | |
| STREET ADDRESS <br> 200 S. Wacker, 22nd Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278669 | TELEPHONE NUMBER <br> 312-474-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |