# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: |
| U.S.A. FAB, INC. and Illinois corporation,<br>Plaintiff,<br>HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation,<br>Defendant. | **FILED: JUNE 19, 2008**<br>**08CV3518**<br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE COX**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Hartford Casualty Insurance Company

| |
|---|
| NAME (Type or print)<br>Peter E. Kanaris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Peter E. Kanaris |
| FIRM<br>Fisher Kanaris, P.C. |
| STREET ADDRESS<br>200 S. Wacker, 22nd Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190705 | 312-474-1400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐