## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| U.S.A. FAB, INC. and Illinois corporation, Plaintiff, | **FILED: JUNE 19, 2008** |
| HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation, Defendant. | **08CV3518** **JUDGE ST. EVE** **MAGISTRATE JUDGE COX** **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Hartford Casualty Insurance Company

| NAME (Type or print) |
|---|
| David E. Heiss |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David E. Heiss |

| FIRM |
|---|
| Fisher Kanaris, P.C. |

| STREET ADDRESS |
|---|
| 200 S. Wacker, 22nd Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6239113 | 312-474-1400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐