IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S.A. FAB, INC. an Illinois corporation, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 3518 |
| HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation, | ) ) ) ) | |
| Defendant. | ) | |

### DEFENDANT HARTFORD'S SUPPLEMENT TO NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Hartford Casualty Insurance Company ("Hartford"), which, pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441(a) and in accordance with 28 U.S.C. §1446, hereby submits their Supplement to Notice of Removal to remove certain litigation styled *U.S.A FAB, INC. v. Hartford Casualty Insurance Company,* No. 08 L 5344, on the docket of the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and shows unto this Court as follows:

1) On June 19, 2008, Defendant Hartford removed this matter to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a).

2) On June 24, 2008, the court issued an order advising the parties that Defendant's Notice of Removal needed to be supplemented to provide a principal place of business for Plaintiff.

3) Defendant hereby supplements its notice of removal by stating that Plaintiff U.S.A. FAB, Inc., is an Illinois corporation residing in Cook County, Illinois, with a

principal place of business at 501 W. Algonquin Road, Unit B, Mount Prospect, Illinois (Cook County).

**WHEREFORE**, Hartford Casualty Insurance Company respectfully requests that its Notice of Removal be deemed good and sufficient as required by law, that the above-captioned matter be removed from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and that this Court have and assume full and complete jurisdiction thereof issuing all necessary orders and granting all general and equitable relief to which Hartford Casualty Insurance Company is entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted,

By: /s/ Michael A. Wax
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.: (312) 474-1400
Fax: (312) 474-1410
E-Mail: pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
mwax@fisherkanaris.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S.A. FAB, INC. an Illinois corporation,<br><br>       Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 08 C 3518<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the ___24th___ day of June 2008, we filed Hartford Casualty Insurance Company's **Supplement to Notice of Removal** of this matter to the United States District Court for the Northern District of Illinois, Eastern Division, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

                      Respectfully submitted,

                      HARTFORD CASUALTY INSURANCE COMPANY

                      By:      /s/ Michael A. Wax
                                 Peter E. Kanaris
                                 David E. Heiss
                                 Michael A. Wax
                                 FISHER KANARIS, P.C.
                                 200 South Wacker Drive, Suite 2200
                                 Chicago, Illinois 60606
                                 312.474.1400
                                 312.474.1410 (fax)
                                 pkanaris@fisherkanaris.com
                                 dheiss@fisherkanaris.com
                                 mwax@fisherkanaris.com

## CERTIFICATE OF SERVICE

To:   Timothy H. Okal
      Spina, McGuire & Okal
      7610 W. North Avenue
      Elmwood Park, IL 60707

I, Michael A. Wax, state that on June 24th, 2008, I served a copy of the foregoing Notice of Motion and **Supplement to Notice of Removal** together with a copy of on counsel to whom it is addressed, at the address(es) thereon given, via first-class mail and also via facsimile.

                                          /s/ Michael A. Wax