## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

U.S.A. FAB, Inc.

                                Plaintiff,

v.                                             Case No.: 1:08–cv–03518
                                                    Honorable Amy J. St. Eve

Hartford Casualty Insurance Company

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/16/2008 and continued to 9/10/08 at 8:30 a.m. Rule 26(a) documents and information to be produce on or before 8/16/08. Written discovery to be issued by 8/16/08 and completed by 10/16/08. Fact discovery cutoff set for 3/16/09. Plaintiff's expert report by 4/16/09. Defendant's expert report by 7/16/09. Dispositive motions with supporting memoranda to be filed by 9/9/08. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.